The People of the State of New York ex rel. William A. De Groot, Appellant, v. The Board of County Canvassers of the County of Queens, and James F. McLaughlin, Respondents.— Motion granted and case set down for

Wednesday, December 8, 1909.    Present — Jenks, Burr, Thomas, Rich and Miller, JJ.